UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

Paul Ramirez-Medina

Defendant(s)

CRIMINAL NO. 08MJ 1588

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a ~~material~~ witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Leidi Gabriela Almaraz-Ramirez

DATED: 6/5/08

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by Y. MADUENO

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

U.S. GPO: 2003-581-774/70082