FILED
JUN - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PAUL RAMIREZ-MEDINA,<br>Defendant. | Criminal Case No. '08 CR 1833 BTM<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(i) and (v)(II)<br>- Bringing in Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about May 19, 2008, within the Southern District of California, defendant PAUL RAMIREZ-MEDINA, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Bianco Martin Wuotto-Guzman, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: June 5, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:es:San Diego
5/27/08